# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIA ALLEN, )<br><br>Plaintiff, )<br>)<br>vs. )<br>)<br>CALIFORNIA STATE AUTOMOBILE )<br>ASSOCIATION, *doing business as* )<br>AAA Nevada, )<br>Defendant. )<br>_____) | Case No.:   2:09-cv-01486-GMN-RJJ<br><br>ORDER OF DISMISSAL<br>PURSUANT TO LOCAL RULE 41-1 FOR<br>WANT OF PROSECUTION |

### ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO LOCAL RULE 41-1 FOR WANT OF PROSECUTION

Presently before the court is the case of *Gloria Allen v. California State Automobile Association, d/b/a AAA Nevada*, Case No. 2:09-cv-01486-GMN-RJJ.

On April 17, 2012, pursuant to Local Rule 41-1, the Court notified Plaintiff that, if no action was taken in this case within by May 1, 2012, the Court would dismiss the case, as to any remaining Defendants, for want of prosecution.  To date, Plaintiff has not taken any further action.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the case of *Gloria Allen v. California State Automobile Association, d/b/a AAA Nevada*, Case No. 2:09-cv-01486-GMN-RJJ, be, and the same hereby is, **DISMISSED**.  The Clerk of the Court is directed to close this case.

DATED this 18th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge